1  **DAVID M.C. PETERSON**
   California State Bar No. 254498
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  E-mail: david_peterson@fd.org

5  Attorneys for Mr. Flores-Suarez

6

7

8                    UNITED STATES MAGISTRATE COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                 **(HONORABLE ANTHONY J. BATTAGLIA)**

11  UNITED STATES OF AMERICA,           )    Case No. 08cr01180-WQH
                                        )
12                    Plaintiff,        )
                                        )
13  v.                                  )    **JOINT MOTION TO CONTINUE CHANGE OF**
                                        )    **PLEA HEARING**
14  JUAN RICARDO FLORES-SUAREZ,         )
                                        )
15                                      )
                      Defendant.        )
16  _____)

17

18  TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY;
          DOUGLAS P. KEEHN, ASSISTANT UNITED STATES ATTORNEY:

19          IT IS HEREBY REQUESTED by the parties in the case, the defendant, Juan Ricardo Flores-Suarez,

20  by and through his counsel, David M.C. Peterson, Esq., and plaintiff, United States of America, by and

21  through its counsel, Karen P. Hewitt, United States Attorney, and Douglas Keehn, Assistant United States

22  Attorney, and that the change of plea hearing in the above entitled case scheduled for Friday, April 24, 2008

23  at 1:30 p.m., be continued to Friday, May 1, 2008 at 1:30 p.m.

24  //

25  //

26  //

27  //

28  //

1  Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date.

2  A proposed order with respect to this joint motion is being submitted directly to the court via

3  efile_battaglia@casd.uscourts.gov.

4

5                                    **CONCLUSION**

6

7                                         Respectfully submitted,

8

9                                    _/s/ David M.C. Peterson_

10  Dated: April 22, 2008            **DAVID M.C. PETERSON**
                                     Federal Defenders of San Diego, Inc.
11                                   Attorneys for Mr. Haynes

12

13

14  Dated: April 22, 2008            _/s/ Douglas Keehn_
                                     DOUGLAS KEEHN
15                                   Assistant United States Attorney

16

17

18

19

20

21

22

23
    N:\Cases\1324\Flores-Suarez\jnt.mtn.to.cont.wpd
24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2     Counsel for Defendant certifies that the foregoing is true and accurate to the best information and

3  belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4     Courtesy Copy to Chambers

5     Copy to Assistant U.S. Attorney via ECF NEF

6     Copy to Defendant

7  Dated:  April 22, 2008                          /s/ DAVID M. PETERSON
                                                Federal Defenders of San Diego, Inc.
8                                               Attorneys for Mr. Flores-Suarez
                                                david_peterson@fd.org (email)
9

10

11

12
    N:\Cases\1324\Flores-Suarez\jnt.mtn.to.cont.wpd
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28