**DAVID M.C. PETERSON**
California State Bar No. 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
E-mail: david_peterson@fd.org

Attorneys for Mr. Flores-Suarez

UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ANTHONY J. BATTAGLIA)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08cr01180-WQH |
| Plaintiff, ) | |
| ) | **AMENDED JOINT MOTION TO CONTINUE** |
| v. ) | **CHANGE OF PLEA HEARING** |
| ) | |
| JUAN RICARDO FLORES-SUAREZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY;
   DOUGLAS KEEHN, ASSISTANT UNITED STATES ATTORNEY:

IT IS HEREBY REQUESTED by the parties in the case, the defendant, Juan Ricardo Flores-Suarez, by and through his counsel, David M.C. Peterson, Esq., and plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Douglas Keehn, Assistant United States Attorney, and that the change of plea hearing in the above entitled case scheduled for Thursday, April 24, 2008 at 1:30 p.m., be continued to Thursday, May 1, 2008 at 9:00 a.m.

//

//

//

//

//

1    Undersigned defense counsel called the court's judicial assistant to obtain the new motion hearing date.

2    A proposed order with respect to this joint motion is being submitted directly to the court via

3    efile_battaglia@casd.uscourts.gov.

**CONCLUSION**

Respectfully submitted,

Dated: April 22, 2008

    */s/ David M.C. Peterson*
**DAVID M.C. PETERSON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Haynes

Dated: April 22, 2008

    */s/ Douglas Keehn*
DOUGLAS KEEHN
Assistant United States Attorney

N:\Cases\1324\Flores-Suarez\jnt.mtn.to.cont.wpd

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated:  April 23, 2008              /s/ DAVID M. PETERSON
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Mr. Flores-Suarez
                                    david_peterson@fd.org (email)

N:\Cases\1324\Flores-Suarez\jnt.mtn.to.cont.wpd