UNITED STATES MAGISTRATE COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUAN RICARDO FLORES-SUAREZ,<br><br>　　　　Defendant. | Criminal Case No. 08cr01180-WQH<br><br>ORDER GRANTING JOINT<br>MOTION TO CONTINUE CHANGE<br>OF PLEA HEARING |

O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that the date for the change of plea hearing in the above-entitled case be continued from Thursday, April 24, 2008 at 1:30 p.m. to Thursday, May 1, 2008 at 9:00 a.m.. Time is excluded under the Speedy Trial Act from April 24, 2008 to the next hearing date of May 1, 2008.

DATED: April 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court