1

2

3

4

5

6

7



8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,           )   Criminal No. 08cr0180-WQH
                                         )
11                  Plaintiff,           )   CONSENT TO RULE 11 PLEA IN A
                                         )   FELONY CASE BEFORE UNITED
12   v. Juan Ricardo Flores-Suarez       )   STATES MAGISTRATE JUDGE
                                         )
13                              ,        )
                                         )
14                  Defendant.           )
                                         )
15   _____

16          I have been advised by my attorney and by the United States

17   Magistrate Judge of my right to enter my plea in this case before a

18   United States District Judge.  I hereby declare my intention to enter a

19   plea of guilty in the above case, and I request and consent to have my

20   plea taken by a United States Magistrate Judge pursuant to Rule 11 of

21   the Federal Rules of Criminal Procedure.

22          I understand that if my plea of guilty is taken by the United

23   States Magistrate Judge, and the Magistrate Judge recommends that the

24   plea be accepted, the assigned United States District Judge will then

25   decide whether to accept or reject any plea agreement I may have with

26   the United States and will adjudicate guilt and impose sentence.

27   //

28   //

1    I further understand that any objections to the Magistrate

2 Judge's findings and recommendation must be filed within 14 days of the

3 entry of my guilty plea.

4

5 Dated: 4.20.08 _____    x _____

6                                    DEFENDANT

7

  Dated: 4.20.08 _____    _____

8

9                                    ATTORNEY FOR DEFENDANT

10

11    The United States Attorney consents to have the plea in this

  case taken by a United States Magistrate Judge Pursuant to Criminal

12

  Local Rule 11.2.

13

14 Dated: 5-1-08 _____    _____

15                                    ~~DEFENDANT~~ SAUSA

16

17

18

19

20

21

22

23

24

25

26

27

28