1  KAREN P. HEWITT
   United States Attorney
2  LUELLA M. CALDITO
   Assistant U.S. Attorney
3  California State Bar No. 215953
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7035 / Fax: (619) 235-2757
   Email: Luella.Caldito@usdoj.gov
6
   Attorneys for Plaintiff
7  United States of America

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Criminal Case No. 08CR1180-WQH
                                       )
11                       Plaintiff,    )
                                       )  NOTICE OF APPEARANCE
12             v.                      )
                                       )
13  JUAN RICARDO FLORES-SUAREZ,        )
                                       )
14                       Defendant.    )
                                       )
15

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

18      I certify that I am admitted to practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      The following government attorneys (who are admitted to practice in this court or authorized

21  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23  activity in this case:

24      Name (If none, enter "None" below)

25      None.

26  //

27  //

28  //

1       Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2 <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3 "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4 association):

5     <u>Name</u> (If none, enter "None" below)

6     None.

7     Please call me if you have any questions about this notice.

8     DATED: May 19, 2008.

9                         Respectfully submitted,

                        KAREN P. HEWITT

10                         United States Attorney

11                         /s/ *Luella M. Caldito*

                        LUELLA M. CALDITO

12                         Assistant United States Attorney

                        Attorneys for Plaintiff

13                         United States of America

                        Email: Luella.Caldito@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                           2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1180-WQH |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CERTIFICATE OF SERVICE |
| JUAN RICARDO FLORES-SUAREZ, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY CERTIFIED THAT:

I, LUELLA M. CALDITO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    1.    David M.C. Peterson, Esq.
    2.    Neil R. Trop, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 19, 2008.

/s/ *Luella M. Caldito*
LUELLA M. CALDITO
Assistant U.S. Attorney